



## MEMORANDUM OPINION

No. 04-11-00214-CV

Wayne **EVANS** and Shane L. Evans,
Individually and d/b/a/ Massage Heights,
Appellants

v.

**STONE OAK ENTERPRISES, L.P.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-11295
Honorable Victor Hugo Negron Jr., Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:  June 29, 2011

MOTION TO DISMISS GRANTED

The parties filed a joint motion to dismiss this appeal, stating they have reached an agreement to settle and compromise their differences below. The motion is granted and the appeal is dismissed.

PER CURIAM